**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6508**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRE LAMONT THURSTON, a/k/a Tallman,

Defendant - Appellant.

─────────────

**No. 97-6976**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRE LAMONT THURSTON,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Eastern Dis-
trict of North Carolina, at Elizabeth City.  James C. Fox, Chief
District Judge.  (CR-95-15-F, CA-97-35-2-F)

─────────────

Submitted:  November 18, 1997      Decided:  November 26, 1997

Before HALL, MURNAGHAN, and ERVIN, Circuit Judges.

No. 97-6508 affirmed and No. 97-6976 dismissed by unpublished per curiam opinion.

Andre Lamont Thurston, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Rudolf A. Renfer, Jr. Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated cases, Appellant appeals in No. 97-6508 from the district court's order denying his post-conviction motions. In No. 97-6976 he seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm in No. 97-6508 and deny a certificate of appealability and dismiss appeal No. 97-6976 on the reasoning of the district court. United States v. Thurston, Nos. CR-95-15-F; CA-97-35-2-F (E.D.N.C. Mar. 26, 1997; June 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 97-6508 - AFFIRMED

No. 97-6976 - DISMISSED

3